**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT HALF INC.,** | ) | CIVIL ACTION NO. **25-1515** |
| Plaintiff, | ) | |
| v. | ) | |
| **MINDY SLEVA, CREATIVE FINANCIAL STAFFING, LLC,** | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 25th day of August, 2026, in accordance with the memorandum opinion, it is hereby ORDERED that the motion for summary judgment (ECF No. 18) is denied as moot and the motion to dismiss (ECF No. 18) is denied. The court adopts the R&R (ECF No. 33) as the opinion of the court, as supplemented in the memorandum opinion.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE